**Order entered June 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00703-CV

### IN RE JUAN LOPEZ, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-40682-I**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DISMISS** relator's June 18, 2018 petition for writ of mandamus for want of jurisdiction.

/s/    DOUGLAS S. LANG
       JUSTICE